# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JAPAN DISPLAY INC. and PANASONIC LIQUID CRYSTAL DISPLAY CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TIANMA MICROELECTRONICS CO. LTD., <br><br> Defendant. | CIVIL ACTION NO. 2:20-cv-00283-JRG <br><br> JURY TRIAL DEMANDED |

### UNOPPOSED MOTION TO WITHDRAW PREVIOUSLY FILED RETURN OF SERVICE FORM AND SUBSTITUTE ATTACHED WAIVER OF SERVICE FORM

Plaintiffs Japan Display Inc. ("JDI") and Panasonic Liquid Crystal Display Co., Ltd. ("PLD") (collectively "Plaintiffs") move to withdraw the previously filed Return of Summons in a Civil Action form (Dkt. No. 11) and substitute the attached Waiver of the Service of Summons form pursuant to Rule 4 of the Federal Rules of Civil Procedure.

Plaintiffs' previous attempted service on September 3, 2020, was made on Tianma America, Inc., rather than Defendant Tianma Microelectronics Co. Ltd. ("Tianma"), which is a foreign corporation located outside the United States.  Tianma's representative contacted Plaintiffs' counsel and indicated disagreement with the attempted service via Tianma America, Inc., but agreed to waive service on Tianma in exchange for a 90-day extension of the date for filing a responsive pleading pursuant to Federal Rule of Civil Procedure 4(d)(3).

Accordingly, Plaintiffs respectfully request that the Court disregard the previously filed Return of Summons in a Civil Action (Dkt. No. 11) and accept the attached Waiver of Service form.  Plaintiffs respectfully request that the court set December 21, 2020, as the date for Tianma's responsive pleading (90 days from September 21, 2020).  Plaintiffs have contacted Tianma's

US 7388799

authorized representative, who indicated Tianma does not oppose this motion.  Plaintiffs do not make this motion for purpose of delay, but for good cause such that the Court is not burdened with a procedural dispute.

Dated: September 22, 2020

Respectfully submitted,

/s/ Eric J. Klein
Eric J. Klein
*Lead Attorney*
Texas State Bar No. 24041258
Jeffrey R. Swigart
Texas Bar No. 24102553
**VINSON & ELKINS L.L.P.**
2001 Ross Avenue, Suite 3900
Dallas, TX  75201
Telephone:  (210) 220-7700
Facsimile:  (210) 220-7716
Email:  eklein@velaw.com
Email:  jswigart@velaw.com

Hilary L. Preston
Texas State Bar No. 24062946
Erik Shallman
Texas State Bar No. 24113474
**VINSON & ELKINS L.L.P.**
2801 Via Fortuna, Suite 100
Austin, TX  78746
Telephone:  (512) 542-8400
Facsimile:  (512) 542-8612
Email:  hpreston@velaw.com
Email:  eshallman@velaw.com

**COUNSEL FOR PLAINTIFFS JAPAN DISPLAY INC. and PANASONIC LIQUID CRYSTAL DISPLAY CO., LTD.**

US 7388799

## CERTIFICATE OF SERVICE

      I hereby certify that on September 22, 2020, a true and correct copy of the foregoing document was electronically filed in compliance with Local Rule CV-5(a) and was served on all counsel who are deemed to have consented to electronic service, per Local Rule CV-5(a)(3), as well as on opposing counsel via email, per Local Rule CV-5(d), at:

    James R. Barney
    James.Barney@finnegan.com

                                             */s/ Eric J. Klein*
                                             Eric J. Klein

US 7388799