IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JAPAN DISPLAY INC. and PANASONIC LIQUID CRYSTAL DISPLAY CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TIANMA MICROELECTRONICS CO. LTD., <br><br> Defendant. | CIVIL ACTION NO. 2:20-cv-00283-JRG <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING JAPAN DISPLAY INC. AND PANASONIC LIQUID CRYSTAL DISPLAY CO., LTD.'S UNOPPOSED MOTION TO WITHDRAW PREVIOUSLY FILED RETURN OF SERVICE FORM AND SUBSTITUTE ATTACHED WAIVER OF SERVICE FORM**

Before the Court is Plaintiffs Japan Display Inc. ("JDI") and Panasonic Liquid Crystal Display Co., Ltd.'s ("PLD") (collectively "Plaintiffs") Unopposed Motion to Withdraw Previously Filed Return of Service Form and Substitute Attached Waiver of Service Form ("Motion") in the above-referenced action.

Having considered the request and waiver, the Court GRANTS the Motion.

IT IS HEREBY ORDERED that the Clerk of the Court is to withdraw the referenced pleading at Dkt. No. 11 and to enter the Waiver of Foreign Service Form.  It is FURTHER ORDERED that the deadline for the Defendant to move, answer, or otherwise respond to Plaintiffs' Complaint in the above-referenced action is extended to and includes December 21, 2020.