**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| JAPAN DISPLAY INC.,  PANASONIC LIQUID CRYSTAL DISPLAY CO., LTD., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:20-CV-00283-JRG |
| TIANMA MICROELECTRONICS CO. LTD., | § § § | |
| *Defendant*. | § § § | |

## <u>ORDER</u>

Before the Court is Plaintiffs Japan Display Inc. ("JDI") and Panasonic Liquid Crystal Display Co., Ltd.'s ("PLD") (collectively, "Plaintiffs") Unopposed Motion to Withdraw Previously Filed Return of Service Form and Substitute Attached Waiver of Service Form (the "Motion"). (Dkt. No. 12). In the Motion, Plaintiffs represent that previously attempted service was made on Tianma America, Inc., rather than Defendant Tianma Microelectronics Co. Ltd. ("Tianma"), a foreign corporation located outside the United States. (*Id.* at 1). Tianma's representative contacted Plaintiffs' counsel and agreed to waive service in exchange for a 90-day extension of the date to file a responsive pleading pursuant to Federal Rule of Civil Procedure 4(d)(3). (*Id.*).

Having considered the Motion, and in light of its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that the Return of Service (Dkt. No. 11) be **WITHDRAWN**. The Court further **ACCEPTS AND ACKNOWLEDGES** Tianma's Waiver of Service. It is therefore **ORDERED** that Tianma's deadline to move, answer, or otherwise respond to the Complaint is extended up to and including **December 21, 2020**.

So ORDERED and SIGNED this 22nd day of September, 2020.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE