# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JAPAN DISPLAY INC. and PANASONIC LIQUID CRYSTAL DISPLAY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TIANMA MICROELECTRONICS CO. LTD., <br><br> Defendant. | CIVIL ACTION NO. 2:20-cv-00283-JRG <br><br> JURY TRIAL DEMANDED |

## NOTICE OF READINESS FOR SCHEDULING CONFERENCE

Pursuant to the Court's Standing Order Regarding Readiness For Scheduling Conference (Dec. 20, 2011), Plaintiffs Japan Display Inc. ("JDI") and Panasonic Liquid Crystal Display Co., Ltd.'s ("PLD") (collectively "Plaintiffs") provide notice that defendant Tianma Microelectronics Co. Ltd. ("Tianma" or "Defendant") has filed a motion to dismiss on December 21, 2020, and the case is ready for a scheduling conference.

## Pending Motions

- Defendant's Rule 12(b)(2) Motion to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction.  Dkt. No. 21.

## Addition Notices for Patent Case

**(1) Cases Previously Filed in this District Involving the Same Patent(s)**

No cases have been previously filed in this District involving the same patents.  However, the following cases involving JDI were concurrently filed against Defendant and concern similar technology to that at issue here:

US 7393134

- *Japan Display Inc. v. Tianma Microelectronics Co. Ltd.*, No. 2:20-cv-00284-JRG (pending)

- *Japan Display Inc. v. Tianma Microelectronics Co. Ltd.*, No. 2:20-cv-00285-JRG (pending)

**(2) Patent Numbers for this Case and any Related Cases**

- U.S. Patent Nos. 8,218,119; 10,139,687; 9,715,132; 9,793,299; 10,018,859; 10,423,034; 8,218,118; 10,330,989; 7,936,429 (above-captioned litigation)

- U.S. Patent Nos. 9,310,654; 8,830,409; 9,817,288 (*Japan Display Inc. v. Tianma Microelectronics Co. Ltd.*, No. 2:20-cv-00284-JRG)

- U.S. Patent Nos. 7,636,142; 7,385,665; 9,939,698 (*Japan Display Inc. v. Tianma Microelectronics Co. Ltd.*, No. 2:20-cv-00285-JRG)

**(3) Dates of Any Future *Markman* Hearing and/or Trial for any Related Cases**

No *Markman* hearing or trial date has been set in the future for this or any of the above-referenced related cases.

Dated: December 22, 2020					Respectfully submitted,

						<u>/s/Eric J. Klein</u>
						Eric J. Klein
						*Lead Attorney*
						Texas State Bar No. 24041258
						Jeffrey R. Swigart
						Texas Bar No. 24102553
						**VINSON & ELKINS L.L.P.**
						2001 Ross Avenue, Suite 3900
						Dallas, TX  75201
						Telephone:  (210) 220-7700
						Facsimile:  (210) 220-7716
						Email:  eklein@velaw.com
						Email:  jswigart@velaw.com

						Hilary L. Preston
						Texas State Bar No. 24062946
						Erik Shallman
						Texas State Bar No. 24113474
						Matthew J. Melancon
						Texas State Bar No. 24109544
						**VINSON & ELKINS L.L.P.**
						2801 Via Fortuna, Suite 100
						Austin, TX  78746
						Telephone:  (512) 542-8400
						Facsimile:  (512) 542-8612
						Email:  hpreston@velaw.com
						Email:  eshallman@velaw.com
						Email:  mmelancon@velaw.com

						Abigail Lubow
						California State Bar No. 314396
						**VINSON & ELKINS L.L.P.**
						555 Mission Street, Suite 2000
						San Francisco, CA  94105
						Telephone:  (415) 979-6963
						Facsimile:  (415) 358-5770
						Email:  alubow@velaw.com

						**COUNSEL FOR PLAINTIFFS JAPAN DISPLAY INC. and PANASONIC LIQUID CRYSTAL DISPLAY CO., LTD.**

US 7393134

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2020, a true and correct copy of the foregoing document was electronically filed in compliance with Local Rule CV-5(a) and was served on all counsel who are deemed to have consented to electronic service, per Local Rule CV-5(a)(3)

*/s/ Eric J. Klein*
Eric J. Klein
