# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **JAPAN DISPLAY INC. and PANASONIC LIQUID CRYSTAL DISPLAY CO. LTD.** §§§§ | § **C.A. NO. 2:20-cv-00283-JRG** |
| Plaintiffs, § | § |
| v. § | § |
| **TIANMA MICROELECTRONICS CO. LTD.** § | § **JURY TRIAL DEMANDED** |
| Defendant § | |
| **JAPAN DISPLAY INC.** § | § **C.A. NO. 2:20-cv-00284-JRG** |
| v. § | § |
| **TIANMA MICROELECTRONICS CO. LTD.** § | § **JURY TRIAL DEMANDED** |
| Defendant. § | |
| **JAPAN DISPLAY INC.,** § | § **C.A. NO. 2:20-cv-00285-JRG** |
| v. § | § |
| **TIANMA MICROELECRONICS CO. LTD.** § | § **JURY TRIAL DEMANDED** |
| Defendant. § | |

**UNOPPOSED MOTION TO EXTEND THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**

Plaintiffs Japan Display Inc. ("JDI") and Panasonic Liquid Crystal Display Co., Ltd. ("PLD") (collectively "Plaintiffs") respectfully move the Court to extend by seven (7) days the briefing schedule for Defendant's Rule 12(b)(2) Motion to Dismiss Plaintiffs' Complaint For Lack of Personal Jurisdiction ("Motion"). All parties consent to the requested extension.

On January 4, 2021, the Court granted the parties' first request to extend the briefing schedule while Plaintiffs conducted jurisdictional discovery into the facts relevant to Defendant's Motion. Dkt. No. 25. The parties' agreement included depositions of the two individuals submitting declarations in support of Defendant's Motion. Dkt. No. 24. To date, Defendant has made one of the two declarants available for deposition – Mr. Shide Cheng (CEO of nonparty Tianma America, Inc.). Unfortunately, due to complications stemming from Covid-19 travel restrictions in China, Defendant has been unable to make the other witness – Mr. Yong Zhang (Vice Director of Defendant) – available as originally agreed. The parties have conferred extensively, and Defendant is in the process of rescheduling Mr. Zhang's deposition or identifying an appropriate alternative deponent. Plaintiffs request this extension to allow the Defendant sufficient time to set a new deposition date and for Plaintiffs to thereafter submit an opposition brief on a more complete record.

Plaintiffs respectfully request that the current briefing deadlines be extended for seven (7) days, so that Plaintiffs' opposition brief will due no later than February 19, 2021, and Defendant's reply brief will be due no later than February 26, 2021. Plaintiffs respectfully request that the Court grant this unopposed motion, as reflected in the proposed order submitted herewith.

Dated: February 3, 2021                                      Respectfully submitted,

 

 

*/s/ Hilary L. Preston*
Hilary L. Preston

Eric J. Klein
*Lead Attorney*
Texas State Bar No. 24041258
Jeffrey R. Swigart
Texas Bar No. 24102553
**VINSON & ELKINS L.L.P.**

2001 Ross Avenue, Suite 3900
Dallas, TX  75201
Telephone:  (210) 220-7700
Facsimile:  (210) 220-7716
Email:  eklein@velaw.com
Email:  jswigart@velaw.com

Hilary L. Preston
Texas State Bar No. 24062946
Erik Shallman
Texas State Bar No. 24113474
Matthew J. Melancon
Texas State Bar No. 24109544
**VINSON & ELKINS L.L.P.**
2801 Via Fortuna, Suite 100
Austin, TX  78746
Telephone:  (512) 542-8400
Facsimile:  (512) 542-8612
Email:  hpreston@velaw.com
Email:  eshallman@velaw.com
Email:  mmelancon@velaw.com


Abigail Lubow
California State Bar No. 314396
**VINSON & ELKINS L.L.P.**
555 Mission Street, Suite 2000
San Francisco, CA  94105
Telephone:  (415) 979-6963
Facsimile:  (415) 358-5770
Email:  alubow@velaw.com

**COUNSEL FOR PLAINTIFFS JAPAN DISPLAY INC. and PANASONIC LIQUID CRYSTAL DISPLAY CO., LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2021, a true and correct copy of the foregoing document was electronically filed in compliance with Local Rule CV-5(a) and was served on all counsel who are deemed to have consented to electronic service, per Local Rule CV-5(a)(3).

/s/ Hilary L. Presotn
Hilary L. Preston

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and that this motion is unopposed.  The personal conference required by the Rule was conducted by e-mail on February 1 and 2, 2021, between counsel for Plaintiffs (Hilary Preston) and counsel for Defendant (Aidan Skoyles).

/s/ Hilary L. Preston
Hilary L. Preston