# EXHIBIT 29



(/)

Company & Services (/company-services)    Products & Technology (/products-technology)    News & Information (/news-information)

## PRODUCT SEARCH

**Brand**  
All Products

**Resolution**  
All Resolutions

○ Alpha   ● Numeric ✔

**Interface**

**Size**  
DragDrag

**Brightness (Typical)**  
DragDrag

Search

| Part Number | Diagonal Size (in) | Resolution | Module Size | Interface | Contrast Ratio | Brightness (nits) | Oper. Temp (°C) | Touch Panel | Viewing Angle (T\|B\|L\|R) | Comp. Prod. |
|---|---|---|---|---|---|---|---|---|---|---|
| TM020GDH43-00 | 2.0 | 176 x 220 | 38.03 x 51.65 x 2.50 | CPU | 500:1 | 220 | -20 to +70 | No | 70/60/70/70 | Add |
| TM022HDHT11-00 | 2.2 | 240 x 320 | 40.60 x 56.60 x 2.70 | RGB | 120:1 | 90 | -20 to +70 | No | 48/45/40/45 | Add |
| TM023KDZ32-10 | 2.3 | 320 x 240 | 53.30 x 46.90 x 2.25 | CPU | 350:1 | 320 | -20 to 70 | No | 60/45/55/55 | Add |
| TM024HDH49-00 | 2.4 | 240 x 320 | 42.72 x 60.26 x 2.55 | CPU | 500:1 | 200 | -20 to +70 | No | 70/60/70/70 | Add |
| TM028HBHG55-00 | 2.8 | 240 x 320 | 49.90 x 66.10 x 3.90 | RGB | 500:1 | 250 | -20 to +70 | RTP | 70/60/70/70 | Add |
| TM028HDHG59-01 | 2.8 | 240 x 320 | 49.90 x 66.10 x 2.70 | RGB | 500:1 | 300 | -20 to +70 | No | 70/60/70/70 | Add |
| TM030LDHT1-00 | 3.0 | 240 x 400 | 47.28 x 76.40 x 2.40 | RGB | 100:1 | 130 | -20 to +70 | No | 55/40/40/45 | Add |
| TM035KBH02-09 | 3.5 | 320 x 240 | 76.90 x 63.90 x 4.00 | RGB | 500:1 | 420 | -20 to +60 | RTP | 60/70/70/70 | Add |
| TM035KDH03-79 | 3.5 | 320 x 240 | 76.90 x 63.90 x 3.15 | RGB | 500:1 | 300 | -20 to +70 | No | 60/70/70/70 | Add |
| TM035KDH04-09 | 3.5 | 320 x 240 | 76.90 x 63.90 x 2.80 | RGB | 500:1 | 500 | -20 to +70 | No | 60/70/70/70 | Add |
| TM035KVHG01-40 | 3.5 | 320 x 240 | 79.90 x 68.90 x 4.38 | RGB | 500:1 | 400 | -20 to +70 | PCAP | 60/70/70/70 | Add |
| TM035PDHG03-00 | 3.5 | 320 x 480 | 55.26 x 84.69 x 2.20 | RGB | 500:1 | 300 | -20 to +70 | No | 70/60/70/70 | Add |
| TM040YDHG32-00 | 4.0 | 480 x 800 | 56.34 x 95.70 x 1.83 | MIPI | 800:1 | 550 | -20 to +70 | No | 80/80/80/80 | Add |
| TM043NBH02-40 | 4.3 | 480 x 272 | 105.50 x 67.20 x 4.15 | RGB | 800:1 | 280 | -20 to +70 | RTP | 70/50/70/70 | Add |
| TM043NBHG04-00 | 4.3 | 480 x 272 | 105.50 x 67.20 x 4.10 | RGB | 800:1 | 800 | -20 to +70 | RTP | 70/60/70/70 | Add |
| TM043NDH02-40 | 4.3 | 480 x 272 | 105.50 x 67.20 x 2.90 | RGB | 800:1 | 400 | -20 to +70 | No | 75/55/75/75 | Add |
| TM043NDHG11-00 | 4.3 | 480 x 272 | 105.50 x 67.20 x 2.90 | RGB | 800:1 | 885 | -20 to +70 | No | 70/60/70/70 | Add |
| TM043NDHG12-00 | 4.3 | 480 x 272 | 105.50 x 67.20 x 2.90 | RGB | 500:1 | 270 | -20 to +80 | No | 50/70/70/70 | Add |
| TM043NVHG08-00 | 4.3 | 480 x 272 | 113.44 x 71.46 x 4.55 | RGB | 900:1 | 350 | -20 to +70 | PCAP | 80/60/80/80 | Add |
| TM043YDHG30-40 | 4.3 | 480 x 800 | 61.96 x 104.50 x 1.90 | RGB | 800:1 | 300 | -20 to +70 | No | 85/85/85/85 | Add |

Go to the first pageGo to the previous page

- 1
- 1
- 2
- 3
- 4
- 5
- 6
- 7
- 8
- 9

Go to the next pageGo to the last page 1 - 20 of 173 items

Representative Login (http://tco.tianma.com)  
Careers (/careers)  
Terms & Conditions (/terms-conditions)  
©2020 Tianma, All Rights Reserved



(/)

Company & Services (/company-services)   Products & Technology (/products-technology)   News & Information (/news-information)

# PRODUCT SEARCH

**Brand**  
[All Products ▼]

**Resolution**  
[All Resolutions ▼]

○ Alpha   ● Numeric ✔

**Interface**  
[                    ▼]

**Size**  
DragDrag

**Brightness (Typical)**  
DragDrag

[Search]

| Part Number | Diagonal Size (in) | Resolution | Module Size | Interface | Contrast Ratio | Brightness (nits) | Oper. Temp (°C) | Touch Panel | Viewing Angle (T\|B\|L\|R) | Comp. Prod. |
|---|---|---|---|---|---|---|---|---|---|---|
| TM043YVHG35-00 | 4.3 | 480 x 800 | 67.5 x 117.7 x 4.775 | RGB | 800 : 1 | 300 | -20 to +70 | PCAP | 85/85/85/85 | Add |
| TM050JDHG33-00 | 5.0 | 720 x 1280 | 65.40 x 118.90 x 1.70 | MIPI | 800:1 | 600 | -20 to +70 | No | 80/80/80/80 | Add |
| TM050RBH01-41 | 5.0 | 800 x 480 | 120.70 x 75.80 x 3.00 | RGB | 450:1 | 300 | -20 to +70 | RTP | 50/70/70/70 | Add |
| TM050RDH03-41 | 5.0 | 800 x 480 | 120.70 x 75.80 x 3.10 | RGB | 600:1 | 250 | -20 to +70 | No | 50/70/70/70 | Add |
| NL3224AC36-01D | 5.7 | 320 x 240 | 144.0 x 104.6 x 12.3 | RGB | 900:1 | 500 | -30 to 80 |  | 80/80/80/80 | Add |
| NL3224AC36-01F | 5.7 | 320 x 240 | 144.0 x 104.6 x 12.3 | RGB | 900:1 | 800 | -30 to 80 |  | 80/80/80/80 | Add |
| NL6448AC18-08D | 5.7 | 640 x 480 | 144.0 x 104.6 x 12.3 | RGB | 900:1 | 550 | -30 to 80 |  | 80/80/80/80 | Add |
| NL6448AC18-08F | 5.7 | 640 x 480 | 144.0 x 104.6 x 12.3 | RGB | 900:1 | 800 | -30 to 80 |  | 80/80/80/80 | Add |
| NL6448AC18-11D | 5.7 | 640 x 480 | 144.0 x 104.6 x 12.3 | LVDS | 900:1 | 550 | -30 to 80 |  | 80/80/80/80 | Add |
| NL6448AC18-12F | 5.7 | 640 x 480 | 144.0 x 104.6 x 12.3 | RGB | 900:1 | 800 | -30 to 80 |  | 80/80/80/80 | Add |
| NL6448BC18-07 | 5.7 | 640 x 480 | 127.2 x 100.4 x 5.8 | RGB | 900:1 | 300 | -30 to 70 |  | 80/80/80/80 | Add |
| TM057KBHG01-40 | 5.7 | 320 x 240 | 144.00 x 104.60 x 13.50 | RGB | 500:1 | 320 | -20 to +70 | RTP | 70/60/70/70 | Add |
| TM057KDH01-10 | 5.7 | 320 x 240 | 144.00 x 104.60 x 12.30 | RGB | 500:1 | 400 | -20 to +70 | No | 70/60/70/70 | Add |
| TM057QDH01-41 | 5.7 | 640 x 480 | 144.00 x 104.60 x 12.30 | RGB | 500:1 | 400 | -20 to +70 | No | 70/60/70/70 | Add |
| NL10276BC13-01 | 6.5 | 1024 x 768 | 153 x 118 x 9 | LVDS | 500:1 | 500 | -20 to 70 |  | 80/60/80/80 | Add |
| NL10276BC13-01C | 6.5 | 1024 x 768 | 153 x 118 x 9 | LVDS | 500:1 | 650 | -20 to 70 |  | 80/60/80/80 | Add |
| NL10276BC13-01JA | 6.5 | 1024 x 768 | 153 x 118 x 10 | LVDS | 500:1 | 480 | -20 to 70 | PCAP | 80/60/80/80 | Add |
| NL6448BC20-21C | 6.5 | 640 x 480 | 153 x 118 x 9.0 | LVDS | 600:1 | 800 | -20 to 70 |  | 80/60/80/80 | Add |
| NL6448BC20-21D | 6.5 | 640 x 480 | 153 x 118 x 9.0 | LVDS | 600:1 | 550 | -20 to 70 |  | 80/60/80/80 | Add |
| NL6448BC20-30 | 6.5 | 640 x 480 | 153 x 118 x 8.2 | LVDS | 800:1 | 600 | -30 to 80 |  | 80/80/80/80 | Add |

Go to the first pageGo to the previous page
- 2
- 1
- 2
- 3
- 4
- 5
- 6
- 7
- 8
- 9

Go to the next pageGo to the last page 21 - 40 of 173 items

Representative Login (http://tco.tianma.com)   Careers (/careers)   Terms & Conditions (/terms-conditions)   ©2020 Tianma, All Rights Reserved

JDI0006258



(/)

Company & Services (/company-services)    Products & Technology (/products-technology)    News & Information (/news-information)

## PRODUCT SEARCH

**Brand**
[All Products ▼]

**Size**
DragDrag

**Resolution**
[All Resolutions ▼]

**Brightness (Typical)**
DragDrag

○ Alpha    ● Numeric ✔

**Interface**
[ ▼ ]

Search

| Part Number | Diagonal Size (in) | Resolution | Module Size | Interface | Contrast Ratio | Brightness (nits) | Oper. Temp (°C) | Touch Panel | Viewing Angle (T\|B\|L\|R) | Comp. Prod. |
|---|---|---|---|---|---|---|---|---|---|---|
| NL6448BC20-30C | 6.5 | 640 x 480 | 153 x 118 x 8.2 | LVDS | 800:1 | 1000 | -30 to 80 | | 80/80/80/80 | Add |
| NL6448BC20-30D | 6.5 | 640 x 480 | 153 x 118 x 8.2 | LVDS | 800:1 | 600 | -30 to 80 | | 80/80/80/80 | Add |
| NL6448BC20-30F | 6.5 | 640 x 480 | 153 x 118 x 8.2 | LVDS | 800:1 | 1000 | -30 to 80 | | 80/80/80/80 | Add |
| NL6448BC20-30JF | 6.5 | 640 x 480 | 153 x 118 x 9.3 | LVDS | 800:1 | 950 | -30 to 80 | PCAP | 80/80/80/80 | Add |
| NL6448BC20-35 | 6.5 | 640 x 480 | 153 x 118 x 8.2 | RGB | 800:1 | 600 | -30 to 80 | | 80/80/80/80 | Add |
| NL6448BC20-35C | 6.5 | 640 x 480 | 153 x 118 x 8.2 | RGB | 800:1 | 1000 | -30 to 80 | | 80/80/80/80 | Add |
| NL6448BC20-35D | 6.5 | 640 x 480 | 153 x 118 x 8.2 | RGB | 800:1 | 600 | -30 to 80 | | 80/80/80/80 | Add |
| NL6448BC20-35F | 6.5 | 640 x 480 | 153 x 118 x 8.2 | RGB | 800:1 | 1000 | -30 to 80 | | 80/80/80/80 | Add |
| NL8048AC19-13 | 7.0 | 800 x 480 | 170.0 x 111.0 x 8.5 | LVDS | 800:1 | 500 | -30 to 80 | | 80/80/80/80 | Add |
| NL8048AC19-13BD | 7.0 | 800 x 480 | 170.0 x 111.0 x 10.6 | LVDS | 800:1 | 430 | -30 to 80 | PCAP | 80/80/80/80 | Add |
| NL8048AC19-14F | 7.0 | 800 x 480 | 170.0 x 111.0 x 8.5 | LVDS | 800:1 | 1000 | -30 to 80 | | 80/80/80/80 | Add |
| NL8048BC19-02 | 7.0 | 800 x 480 | 170.0 x 111.0 x 8.5 | LVDS | 1000:1 | 400 | -20 to 70 | | 80/80/80/80 | Add |
| NL8048BC19-02C | 7.0 | 800 x 480 | 170.0 x 111.0 x 8.5 | LVDS | 800:1 | 550 | -20 to 70 | | 80/80/80/80 | Add |
| NL8048BC19-03 | 7.0 | 800 x 480 | 170.0 x 111.0 x 8.5 | LVDS | 1000:1 | 400 | -20 to 70 | | 80/80/80/80 | Add |
| NLB070WV01C-01 | 7.0 | 800 x 480 | 170.0 x 111.0 x 8.25 | RGB | 800:1 | 300 | -20 to 70 | | 70/70/70/70 | Add |
| NLB070WV01L-01 | 7.0 | 800 x 480 | 170.0 x 111.0 x 8.25 | LVDS | 800:1 | 300 | -20 to 70 | | 70/70/70/70 | Add |
| TM070DDHG03-40 | 7.0 | 1024 x 600 | 165.75 x 105.39 x 3.40 | LVDS | 500:1 | 320 | -20 to +70 | No | 70/75/75/75 | Add |
| TM070JDHG30-00 | 7.0 | 1280 x 800 | 161.00 x 107.00 x 3.35 | LVDS | 800:1 | 400 | -20 to +70 | No | 88/88/88/88 | Add |
| TM070JVHG33-01 | 7.0 | 1280 x 800 | 179.76 x 123.6 x 6.35 | LVDS | 800:1 | 500 | -20 to +70 | PCAP | 85/85/85/85 | Add |
| TM070RBH10-41 | 7.0 | 800 x 480 | 164.90 x 100.00 x 6.80 | RGB | 1000:1 | 350 | -20 to +70 | RTP | 60/80/80/80 | Add |

Go to the first page Go to the previous page
- 3
- 1
- 2
- 3
- 4
- 5
- 6
- 7
- 8
- 9

Go to the next page Go to the last page  41 - 60 of 173 items

Representative Login (http://tco.tianma.com)   Careers (/careers)   Terms & Conditions (/terms-conditions)   ©2020 Tianma, All Rights Reserved

JDI0006259



(/)

Company & Services (/company-services)   Products & Technology (/products-technology)   News & Information (/news-information)

## PRODUCT SEARCH

**Brand**
All Products

**Resolution**
All Resolutions

○ Alpha   ● Numeric ✔

**Interface**

**Size**
DragDrag

**Brightness (Typical)**
DragDrag

Search

| Part Number | Diagonal Size (in) | Resolution | Module Size | Interface | Contrast Ratio | Brightness (nits) | Oper. Temp (°C) | Touch Panel | Viewing Angle (T\|B\|L\|R) | Comp. Prod. |
|---|---|---|---|---|---|---|---|---|---|---|
| TM070RDH10-40 | 7.0 | 800 x 480 | 164.90 x 100.00 x 5.70 | RGB | 1000:1 | 450 | -20 to +70 | No | 60/80/80/80 | Add |
| TM070RDH13-40 | 7.0 | 800 x 480 | 164.90 x 100.00 x 5.7 | RGB | 500:1 | 300 | -20 to +70 | -30 to +80 | 60/70/70/70 | Add |
| TM070RDHG23-40 | 7.0 | 800 x 480 | 164.90 x 100.00 x 5.70 | RGB | 1000:1 | 1400 | -20 to +70 | No | 60/80/80/80 | Add |
| NL8048AC21-01F | 8.0 | 800 x 480 | 192.0 x 122.0 x 8.9 | LVDS | 800:1 | 1000 | -30 to 80 | | 80/80/80/80 | Add |
| TM080SDH01-41 | 8.0 | 800 x 600 | 183.00 x 141.00 x 5.60 | RGB | 500:1 | 250 | -20 to +70 | No | 50/70/70/70 | Add |
| NL10276BC16-06 | 8.4 | 1024 x 768 | 200.0 x 152.0 x 8.2 | LVDS | 1000:1 | 600 | -20 to 70 | | 88/88/88/88 | Add |
| NL10276BC16-06D | 8.4 | 1024 x 768 | 200.0 x 152.0 x 8.2 | LVDS | 1000:1 | 600 | -20 to 80 | | 88/88/88/88 | Add |
| NL6448AC26-47D | 8.4 | 640 x 480 | 221 x 152.4 x (9.0) | RGB | 1000:1 | 310 | -20 to 70 | | 80/80/80/80 | Add |
| NL6448BC26-20F | 8.4 | 640 x 480 | 200 x 152 x 10.5 | RGB | 1000:1 | 800 | -20 to 70 | | 80/80/80/80 | Add |
| NL6448BC26-22F | 8.4 | 640 x 480 | 200 x 152 x 10.5 | RGB | 1000:1 | 800 | -20 to 70 | | 80/80/80/80 | Add |
| NL6448BC26-26 | 8.4 | 640 x 480 | 200 x 152 x 8.2 | RGB | 1000:1 | 500 | -30 to 80 | | 80/80/80/80 | Add |
| NL6448BC26-26C | 8.4 | 640 x 480 | 200 x 152 x 8.2 | RGB | 1000:1 | 900 | -30 to 80 | | 80/80/80/80 | Add |
| NL6448BC26-26D | 8.4 | 640 x 480 | 200 x 152 x 8.2 | RGB | 1000:1 | 500 | -30 to 80 | | 80/80/80/80 | Add |
| NL6448BC26-26F | 8.4 | 640 x 480 | 200 x 152 x 8.2 | RGB | 1000:1 | 900 | -30 to 80 | | 80/80/80/80 | Add |
| NL6448BC26-27 | 8.4 | 640 x 480 | 200.0 x 152.0 x 8.2 | LVDS | 1000:1 | 500 | -30 to 80 | | 80/80/80/80 | Add |
| NL6448BC26-27C View Details (/products-technology/product/NL6448BC26-27C) | 8.4 | 640 x 480 | 200.0 x 152.0 x 8.2 | LVDS | 1000:1 | 900 | -20 to 70 | | 80/80/80/80 | Add |
| NL6448BC26-27D | 8.4 | 640 x 480 | 200.0 x 152.0 x 8.2 | LVDS | 1000:1 | 500 | -30 to 80 | | 80/80/80/80 | Add |
| NL6448BC26-27F | 8.4 | 640 x 480 | 200 x 152 x 8.2 | LVDS | 1000:1 | 900 | -30 to 80 | | 80/80/80/80 | Add |
| NL8060AC21-21D | 8.4 | 800 x 600 | 200.0 x 152.0 x 8.2 | LVDS | 800:1 | 400 | -30 to 80 | | 80/80/80/80 | Add |
| NL8060BC21-11 | 8.4 | 800 x 600 | 200 x 152.0 x 8.2 | LVDS | 800:1 | 400 | -30 to 80 | | 80/80/80/80 | Add |

Go to the first page Go to the previous page
- 4
- 1
- 2
- 3
- 4
- 5
- 6
- 7
- 8
- 9

Go to the next page Go to the last page 61 - 80 of 173 items


Representative Login (http://tco.tianma.com)

Careers (/careers)
Terms & Conditions (/terms-conditions)
©2020 Tianma, All Rights Reserved

JDI0006260



(/)

Company & Services (/company-services)   Products & Technology (/products-technology)   News & Information (/news-information)

## PRODUCT SEARCH

**Brand**  
All Products

**Resolution**  
All Resolutions

○ Alpha    ● Numeric ✔

**Interface**

**Size**  
DragDrag

**Brightness (Typical)**  
DragDrag

Search

| Part Number | Diagonal Size (in) | Resolution | Module Size | Interface | Contrast Ratio | Brightness (nits) | Oper. Temp (°C) | Touch Panel | Viewing Angle (T\|B\|L\|R) | Comp. Prod. |
|---|---|---|---|---|---|---|---|---|---|---|
| NL8060BC21-11C | 8.4 | 800 x 600 | 200 x 152.0 x 8.2 | LVDS | 800:1 | 800 | -30 to 80 | | 80/80/80/80 | Add |
| NL8060BC21-11D | 8.4 | 800 x 600 | 200 x 152.0 x 8.2 | LVDS | 800:1 | 400 | -30 to 80 | | 80/80/80/80 | Add |
| NL8060BC21-11F | 8.4 | 800 x 600 | 200 x 152.0 x 8.2 | LVDS | 800:1 | 800 | -30 to 80 | | 80/80/80/80 | Add |
| NL8060BC21-11KG | 8.4 | 800 x 600 | 200.0 x 152.0 x 10.1 | LVDS | 800:1 | 750 | -30 to 80 | PCAP | 80/80/80/80 | Add |
| NLB084SV01L-01 | 8.4 | 800 x 600 | 200 x 152.0 x 8.2 | LVDS | 800:1 | 400 | -20 to 70 | | 80/80/80/80 | Add |
| TM084SDHG01-00 | 8.4 | 800 x 600 | 203 x 142.5 x 5.7 | LVDS | 500 : 1 | 250 | -20 to +70 | NO | 60/70/70/70 | Add |
| TM084SDHG02-00 | 8.4 | 800 x 600 | 203.00 x 142.50 x 5.70 | LVDS | 500:1 | 350 | -20 to +70 | No | 60/70/70/70 | Add |
| NL10260BC19-01D | 8.9 | 1024 x 600 | 214.0 x 129.0 x 5.7 | LVDS | 700:1 | 300 | -20 to 70 | | 88/88/88/88 | Add |
| NL192108AC10-01D | 9.0 | 1920 x 1080 | 214.6 x 130.0 x 9.1 | LVDS, 2ch | 700:1 | 400 | -20 to 70 | | 88/88/88/88 | Add |
| NL8048BC24-09 | 9.0 | 800 x 480 | 220.5 x 136.5 x 8.2 | LVDS | 800:1 | 400 | -20 to 70 | | 88/88/88/88 | Add |
| NL8048BC24-09D | 9.0 | 800 x 480 | 220.5 x 136.5 x 8.2 | LVDS | 800:1 | 400 | -20 to 70 | | 88/88/88/88 | Add |
| NL8048BC24-12 | 9.0 | 800 x 480 | 220.5 x 136.5 x 8.2 | LVDS | 900:1 | 450 | -20 to 70 | | 80/80/80/80 | Add |
| NL8048BC24-12D | 9.0 | 800 x 480 | 220.5 x 136.5 x 8.2 | LVDS | 900:1 | 450 | -20 to 70 | | 80/80/80/80 | Add |
| TM101DDHG01-00 | 10.1 | 1024 x 600 | 235.00 x 143.00 x 4.90 | LVDS | 800:1 | 420 | -20 to +70 | No | 75/80/80/80 | Add |
| TM101JDHG30-00 | 10.1 | 1280 x 800 | 231.22 x 150.60 x 4.30 | LVDS | 800:1 | 500 | -20 to +70 | No | 85/85/85/85 | Add |
| TM101JDHP01-00 | 10.1 | 1280 x 800 | 229.46 x 149.10 x 2.50 | LVDS | 800:1 | 400 | -10 to +50 | No | 85/85/85/85 | Add |
| TM101JVHG30-00 | 10.1 | 1280 x 800 | 233.93 x 156.00 x 6.73 | LVDS | 800:1 | 430 | -20 to +70 | PCAP | 85/85/85/85 | Add |
| TM101JVHG32-01 | 10.1 | 1280 x 800 | 258.66 x 177.30 x 12.45 | LVDS | 800:1 | 850 | -20 to +70 | PCAP | 85/85/85/85 | Add |
| NL10276BC20-18 | 10.4 | 1024 x 768 | 228.0 x 178.5 x 8.7 | LVDS | 900:1 | 400 | -20 to 70 | | 80/80/80/80 | Add |
| NL10276BC20-18BD | 10.4 | 1024 x 768 | 228.0 x 178.5 x tbd | LVDS | 900:1 | 350 | -30 to 80 | PCAP | 80/80/80/80 | Add |

Go to the first page Go to the previous page
- 5
- 1
- 2
- 3
- 4
- 5
- 6
- 7
- 8
- 9

Go to the next page Go to the last page 81 - 100 of 173 items

Representative Login (http://tco.tianma.com)    Careers (/careers)    Terms & Conditions (/terms-conditions)    ©2020 Tianma, All Rights Reserved



(/)

Company & Services (/company-services)    Products & Technology (/products-technology)    News & Information (/news-information)

## PRODUCT SEARCH

**Brand**  
All Products

**Size**  
DragDrag

**Resolution**  
All Resolutions

**Brightness (Typical)**  
DragDrag

○ Alpha   ● Numeric ✔

**Interface**

Search

| Part Number | Diagonal Size (in) | Resolution | Module Size | Interface | Contrast Ratio | Brightness (nits) | Oper. Temp (°C) | Touch Panel | Viewing Angle (T\|B\|L\|R) | Comp. Prod. |
|---|---|---|---|---|---|---|---|---|---|---|
| NL10276BC20-18C | 10.4 | 1024 x 768 | 228.0 x 178.5 x 8.7 | LVDS | 900:1 | 800 | -30 to 80 | | 80/80/80/80 | Add |
| NL10276BC20-18D | 10.4 | 1024 x 768 | 228.0 x 178.5 x 8.7 | LVDS | 900:1 | 400 | -30 to 80 | | 80/80/80/80 | Add |
| NL10276BC20-18F | 10.4 | 1024 x 768 | 228.0 x 178.5 x 8.7 | LVDS | 900:1 | 800 | -30 to 80 | | 80/80/80/80 | Add |
| NL10276BC20-18KD | 10.4 | 1024 x 768 | 228.0 x 178.5 x 10.7 | LVDS | 900:1 | 380 | -30 to 80 | PCAP | 80/80/80/80 | Add |
| NL10276BC20-47 | 10.4 | 1024 x 768 | 227 x 175.4 x 8.7 | LVDS | 700:1 | 300 | 0 to 55 | | 88/88/88/88 | Add |
| NL6448AC33-97D | 10.4 | 640 x 480 | 246.5 x 179.4 x 9.5 | RGB | 900:1 | 370 | -30 to 80 | | 80/80/80/80 | Add |
| NL6448BC33-70 | 10.4 | 640 x 480 | 243 x 185.1 x 10.5 | RGB | 900:1 | 450 | -30 to 80 | | 80/80/80/80 | Add |
| NL6448BC33-70C | 10.4 | 640 x 480 | 243 x 185.1 x 10.5 | RGB | 900:1 | 900 | -30 to 80 | | 80/80/80/80 | Add |
| NL6448BC33-70D | 10.4 | 640 x 480 | 243 x 185.1 x 10.5 | RGB | 900:1 | 450 | -30 to 80 | | 80/80/80/80 | Add |
| NL6448BC33-70F | 10.4 | 640 x 480 | 243 x 185.1 x 10.5 | RGB | 900:1 | 900 | -30 to 80 | | 80/80/80/80 | Add |
| NL6448BC33-70G | 10.4 | 640 x 480 | 243 x 185.1 x 10.5 | RGB | 900:1 | 450 | -30 to 80 | | 80/80/80/80 | Add |
| NL6448BC33-71 | 10.4 | 640 x 480 | 243.0 x 185.1 x 10.5 | LVDS | 900:1 | 450 | -30 to 80 | | 80/80/80/80 | Add |
| NL6448BC33-71C | 10.4 | 640 x 480 | 243.0 x 185.1 x 10.5 | LVDS | 900:1 | 900 | -30 to 80 | | 80/80/80/80 | Add |
| NL6448BC33-71D | 10.4 | 640 x 480 | 243 x 185.1 x 10.5 | LVDS | 900:1 | 450 | -30 to 80 | | 80/80/80/80 | Add |
| NL6448BC33-71F | 10.4 | 640 x 480 | 243.0 x 185.1 x 10.5 | LVDS | 900:1 | 900 | -30 to 80 | | 80/80/80/80 | Add |
| NL8060AC26-52D View Details (/products-technology/product/NL8060AC26-52D) | 10.4 | 800 x 600 | 243.0 x 185.1 x 10.5 | LVDS | 900:1 | 400 | -30 to 80 | | 80/80/80/80 | Add |
| NL8060AC26-54D | 10.4 | 800 x 600 | 227.3 x 177.5 x 9.3 | LVDS | 900:1 | 400 | -30 to 80 | | 80/80/80/80 | Add |
| NL8060BC26-35 | 10.4 | 800 x 600 | 243 x 185.1 x 10.5 | LVDS | 900:1 | 400 | -30 to 80 | | 80/80/80/80 | Add |
| NL8060BC26-35BA | 10.4 | 800 x 600 | 243.0 x 185.1 x 12.4 | LVDS | 900:1 | 350 | -30 to 80 | PCAP | 80/80/80/80 | Add |
| NL8060BC26-35BD | 10.4 | 800 x 600 | 243.0 x 185.1 x 12.6 | LVDS | 900:1 | 350 | -30 to 80 | PCAP | 80/80/80/80 | Add |

Go to the first page  Go to the previous page

- 6
- 1
- 2
- 3
- 4
- 5
- 6
- 7
- 8
- 9

Go to the next page  Go to the last page   101 - 120 of 173 items


Representative Login (http://tco.tianma.com)    Careers (/careers)    Terms & Conditions (/terms-conditions)    ©2020 Tianma, All Rights Reserved



(/)

Company & Services (/company-services)   Products & Technology (/products-technology)   News & Information (/news-information)

## PRODUCT SEARCH

**Brand**
[All Products]

**Resolution**
[All Resolutions]

○ Alpha  ● Numeric ✔

**Interface**
[                    ]

Size
DragDrag

Brightness (Typical)
DragDrag

Search

| Part Number | Diagonal Size (in) | Resolution | Module Size | Interface | Contrast Ratio | Brightness (nits) | Oper. Temp (°C) | Touch Panel | Viewing Angle (T\|B\|L\|R) | Comp. Prod. |
|---|---|---|---|---|---|---|---|---|---|---|
| NL8060BC26-35C | 10.4 | 800 x 600 | 243 x 185.1 x 10.5 | LVDS | 900:1 | 800 | -30 to 80 | | 80/80/80/80 | Add |
| NL8060BC26-35D | 10.4 | 800 x 600 | 243 x 185.1 x 10.5 | LVDS | 900:1 | 400 | -30 to 80 | | 80/80/80/80 | Add |
| NL8060BC26-35E | 10.4 | 800 x 600 | 243.0 x 185.1 x 10.5 | LVDS | 900:1 | 400 | -30 to 80 | | 80/80/80/80 | Add |
| NL8060BC26-35F | 10.4 | 800 x 600 | 243 x 185.1 x 10.5 | LVDS | 900:1 | 800 | -30 to 80 | | 80/80/80/80 | Add |
| NLB104SV01L-01 | 10.4 | 800 x 600 | 243 x 185.1 x 10.5 | LVDS | 900:1 | 400 | -20 to 70 | | 80/80/80/80 | Add |
| TM104SDH01-00 | 10.4 | 800 x 600 | 236.00 x 176.90 x 5.60 | LVDS | 400:1 | 400 | -20 to +70 | No | 60/70/70/70 | Add |
| TM104SDHG30-00 | 10.4 | 800 x 600 | 228.40 x 175.40 x 6.20 | RGB | 500:1 | 350 | -10 to +60 | No | 60/70/70/70 | Add |
| NL12876AC18-03 | 10.6 | 1280 x 768 | 248.8 x 155.8 x 6.5 | LVDS | 1000:1 | 300 | -20 to 70 | | 88/88/88/88 | Add |
| NL12876AC18-03D | 10.6 | 1280 x 768 | 248.8 x 155.8 x 6.5 | LVDS | 1000:1 | 300 | -20 to 70 | | 88/88/88/88 | Add |
| NL12876AC18-07DC | 10.6 | 1280 x 768 | 267.8 x 174.2 x (8.7) | LVDS | 1000:1 | 250 | -20 to 70 | PCAP | 88/88/88/88 | Add |
| NL10276BC24-21 | 12.1 | 1024 x 768 | 260.5 x 203.0 x 8.7 | LVDS | 900:1 | 450 | -30 to 80 | | 80/80/80/80 | Add |
| NL10276BC24-21L | 12.1 | 1024 x 768 | 260.5 x 203.0 x 8.7 | LVDS | 900:1 | 450 | -30 to 80 | | 80/80/80/80 | Add |
| NL12880AC20-14D | 12.1 | 1280 x 800 | 277.7 x 180.6 x 8.7 | LVDS | 800:1 | 450 | -30 to 80 | | 80/80/80/80 | Add |
| NL12880BC20-05 | 12.1 | 1280 x 800 | 277.7 x 180.6 x 8.7 | LVDS | 1000:1 | 450 | -20 to 70 | | 88/88/88/88 | Add |
| NL12880BC20-05BA | 12.1 | 1280 x 800 | 277.7 x 180.6 x 10.6 | LVDS | 1000:1 | 400 | -20 to 70 | PCAP | 88/88/88/88 | Add |
| NL12880BC20-05BD | 12.1 | 1280 x 800 | 277.7 x 180.6 x 11.2 | LVDS | 1000:1 | 400 | -20 to 70 | PCAP | 88/88/88/88 | Add |
| NL12880BC20-05D View Details (/products-technology/product/NL12880BC20-05D) | 12.1 | 1280 x 800 | 277.7 x 180.6 x 8.7 | LVDS | 1000:1 | 450 | -20 to 70 | | 88/88/88/88 | Add |
| NL12880BC20-07F | 12.1 | 1280 x 800 | 277.7 x 180.6 x 8.7 | LVDS | 800:1 | 1800 | -20 to 70 | | 80/80/80/80 | Add |
| NL8060BC31-47 | 12.1 | 800 x 600 | 280 x 210 x 11 | LVDS | 900:1 | 450 | -30 to 80 | | 80/80/80/80 | Add |
| NL8060BC31-47D | 12.1 | 800 x 600 | 280 x 210 x 11 | LVDS | 900:1 | 450 | -30 to 80 | | 80/80/80/80 | Add |

Go to the first page  Go to the previous page
- 7
- 1
- 2
- 3
- 4
- 5
- 6
- 7
- 8
- 9

Go to the next page  Go to the last page  121 - 140 of 173 items

Representative Login (http://tco.tianma.com)
Careers (/careers)
Terms & Conditions (/terms-conditions)
©2020 Tianma, All Rights Reserved


(/)

| Company & Services (/company-services) | Products & Technology (/products-technology) | News & Information (/news-information) |

## PRODUCT SEARCH

**Brand**
All Products

**Size**
DragDrag

**Resolution**
All Resolutions

**Brightness (Typical)**
DragDrag

Alpha ○  Numeric ✔

**Interface**

Search

| Part Number | Diagonal Size (in) | Resolution | Module Size | Interface | Contrast Ratio | Brightness (nits) | Oper. Temp (°C) | Touch Panel | Viewing Angle (T\|B\|L\|R) | Comp. Prod. |
|---|---|---|---|---|---|---|---|---|---|---|
| NL8060BC31-50F | 12.1 | 800 x 600 | 260.5 x 203.0 x 8.7 | RGB | 1000:1 | 900 | -30 to 80 | | 80/80/80/80 | Add |
| NL8060BC31-51C | 12.1 | 800 x 600 | 260.5 x 203.0 x 8.7 | LVDS | 1000:1 | 900 | -30 to 80 | | 80/80/80/80 | Add |
| NLB121SV01L-01 | 12.1 | 800 x 600 | 279 x 209 x 9.0 | LVDS | 700:1 | 450 | -20 to 70 | | 65/75/80/80 | Add |
| NLB121XG01L-01 | 12.1 | 1024 x 768 | 279.0 x 209.0 x 9.0 | LVDS | 700:1 | 450 | -20 to 70 | | 80/80/80/80 | Add |
| TM121SDS01-05 | 12.1 | 800 x 600 | 279.00 x 209.00 x 9.00 | LVDS | 700:1 | 450 | -20 to +70 | No | 65/75/80/80 | Add |
| TM121TDSG02-00 | 12.1 | 1024 x 768 | 279.00 x 209.00 x 8.60 | LVDS | 700:1 | 450 | -20 to +70 | No | 80/80/80/80 | Add |
| NL10276AC30-42C | 15.0 | 1024 x 768 | 326.5 x 253.5 x 11.8 | LVDS | 600:1 | 600 | -20 to 70 | | 80/80/80/80 | Add |
| NL10276AC30-45D | 15.0 | 1024 x 768 | 326.5 x 253.5 x 11.8 | LVDS | 600:1 | 400 | -20 to 70 | | 80/80/80/80 | Add |
| NL10276AC30-48D | 15.0 | 1024 x 768 | 326.5 x 253.5 x 11.8 | LVDS | 900:1 | 350 | -20 to 70 | | 88/88/88/88 | Add |
| NL10276BC30-34D | 15.0 | 1024 x 768 | 326.5 x 253.5 x 11.5 | LVDS | 600:1 | 500 | -20 to 70 | | 80/80/80/80 | Add |
| NL10276BC30-34R | 15.0 | 1024 x 768 | 326.5 x 253.5 x 11.5 | LVDS | 600:1 | 400 | -20 to 70 | | 80/80/80/80 | Add |
| NL10276BC30-39 | 15.0 | 1024 x 768 | 326.5 x 253.5 x 11.7 | LVDS | 900:1 | 330 | -20 to 70 | | 88/88/88/88 | Add |
| NL10276KC30-43DD | 15.0 | 1024 x 768 | 326.5 x 253.5 x 14.9 | LVDS | 600:1 | 450 | -20 to 70 | PCAP | 80/80/80/80 | Add |
| NLB150XG01L-01 View Details (/products-technology/product/NLB150XG01L-01) | 15.0 | 1024 x 768 | 326.5 x 253.5 x 11.8 | LVDS | 600:1 | 400 | -20 to 70 | | 80/80/80/80 | Add |
| NLB150XG02L-01 | 15.0 | 1024 x 768 | 326.5 x 253.5 x 11.8 | LVDS | 600:1 | 400 | -20 to 70 | | 80/80/80/80 | Add |
| NLB150XG02L-02 | 15.0 | 1024 x 768 | 326.5 x 253.5 x 11.8 | LVDS | 600:1 | 250 | -20 to 70 | | 80/80/80/80 | Add |
| TM150TDSG70-01 | 15.0 | 1024 x 768 | 326.50 x 253.50 x 11.80 | LVDS | 800:1 | 300 | -20 to +70 | No | 80/80/80/80 | Add |
| TM150TDSG71-01 | 15.0 | 1024 x 768 | 326.5 x 253.5 x 11.8 | LVDS | 800 : 1 | 450 | -20 to +70 | NO | 80/80/80/80 | Add |
| NL12876BC26-32D | 15.3 | 1280 x 768 | 358 x 226 x 13.8 | LVDS | 700:1 | 470 | -20 to 70 | | 88/88/88/88 | Add |
| NL12876BC26-33NA | 15.3 | 1280 x 768 | 358 x 226 x 16.2 | LVDS | 700:1 | 470 | -20 to 70 | PCAP | 88/88/88/88 | Add |

Go to the first page Go to the previous page
- 8
- 1
- 2
- 3
- 4
- 5
- 6
- 7
- 8
- 9

Go to the next page Go to the last page 141 - 160 of 173 items

 Representative Login (http://tco.tianma.com)
 Careers (/careers)
Terms & Conditions (/terms-conditions)
©2020 Tianma, All Rights Reserved

JDI0006264



(/)

Company & Services (/company-services)   Products & Technology (/products-technology)   News & Information (/news-information)



| Part Number | Diagonal Size (in) | Resolution | Module Size | Interface | Contrast Ratio | Brightness (nits) | Oper. Temp (°C) | Touch Panel | Viewing Angle (T\|B\|L\|R) | Comp. Prod. |
|---|---|---|---|---|---|---|---|---|---|---|
| NL13676AC25-01D | 15.6 | 1366 x 768 | 363.8 x 215.9 x 10.3 | LVDS | 900:1 | 400 | -20 to 70 | | 80/80/80/80 | Add |
| NL13676BC25-03F | 15.6 | 1366 x 768 | 363.8 x 215.9 x 12.65 | LVDS | 900:1 | 1100 | -20 to 70 | | 80/80/80/80 | Add |
| NL192108AC18-01D | 15.6 | 1920 x 1080 | 363.8 x 215.9 x (6.3) | eDP, 2Ln | 750:1 | 400 | -20 to 70 | | 88/88/88/88 | Add |
| NL192108AC18-02D | 15.6 | 1920 x 1080 | 363.8 x 215.9 x (6.3) | LVDS, 2ch | 750:1 | 400 | -20 to 70 | | 88/88/88/88 | Add |
| NL128102AC26-01 | 17.0 | 1280 x 1024 | 358.5 x 296.5 x (13.5) | LVDS, 2ch | 1000:1 | 400 | -20 to 70 | | 80/80/80/80 | Add |
| NL192108AC21-01 | 18.5 | 1920 x 1080 | 430.4 x 254.6 x TBD | eDP, 2Ln | 700:1 | 400 | -20 to 70 | | 88/88/88/88 | Add |
| NL128102AC29-17 | 19.0 | 1280 x 1024 | 396 x 324 x 18 | LVDS, 2ch | 1000:1 | 800 | -20 to 70 | | 88/88/88/88 | Add |
| NL160120AC27-32 | 21.3 | 1600 x 1200 | 457.0 x 350.0 x 21.5 | LVDS, 2ch | 1400:1 | 900 | 0 to 60 | | 88/88/88/88 | Add |
| NL160120AM27-33A | 21.3 | 1600 x 1200 | 457.0 x 350.0 x 21.5 | LVDS, 2ch | 1400:1 | 1900 | 0 to 60 | | 88/88/88/88 | Add |
| NL204153AC21-17 | 21.3 | 2048 x 1536 | 457.0 x 350.0 x 21.5 | LVDS, 4ch | 1400:1 | 800 | 0 to 60 | | 88/88/88/88 | Add |
| NL204153AC21-25 | 21.3 | 2048 x 1536 | 457.0 x 350.0 x 21.5 | LVDS, 4ch | 1400:1 | 800 | 0 to 60 | | 88/88/88/88 | Add |
| NL204153AM21-18A | 21.3 | 2048 x 1536 | 457 x 350 x 21.5 | LVDS, 4ch | 1400:1 | 1700 | 0 to 60 | | 88/88/88/88 | Add |
| NL256204AM16-02A | 21.3 | 2560 x 2048 | TBD | LVDS, 4ch | 1400:1 | 2000 | 0 to 60 | | 88/88/88/88 | Add |

Go to the first page Go to the previous page
- 9
- 1
- 2
- 3
- 4
- 5
- 6
- 7
- 8
- 9

Go to the next page Go to the last page 161 - 173 of 173 items



Representative Login (http://tco.tianma.com)   Terms & Conditions (/terms-conditions)   ©2020 Tianma, All Rights Reserved

Careers (/careers)

JDI0006265