IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JAPAN DISPLAY INC. [and PANASONIC LIQUID CRYSTAL DISPLAY CO., LTD.], <br><br> Plaintiff[s], <br><br> v. <br><br> TIANMA MICROELECTRONICS CO. LTD., <br><br> Defendant. | § <br> § <br> § <br> § C.A. NO. 2:20-cv-00283-JRG <br> § C.A. NO. 2:20-cv-00284-JRG <br> § C.A. NO. 2:20-cv-00285-JRG <br> § <br> § <br> § JURY TRIAL DEMANDED <br> § <br> § <br> § |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL INVALIDITY CONTENTIONS AND ACCOMPANYING TECHNICAL AND SALES INFORMATION, AND TO STRIKE DEFENDANT'S DEFICIENT ELIGIBILITY CONTENTIONS**

The Court, having considered plaintiffs Japan Display Inc. ("JDI") and/or Panasonic Liquid Crystal Display Co., Ltd.'s ("PLD") (collectively "Plaintiffs") Motion to Compel Invalidity Contentions and Accompanying Technical Sales Information, and to Strike Defendant's (Tianma Microelectronics Co. Ltd.'s) Deficient Eligibility Contentions and any responses, replies, or other briefing submitted by the parties, finds that Plaintiffs' Motion should be GRANTED .

IT IS ORDERED that Plaintiffs' Motion to Compel Invalidity Contentions and Accompanying Technical Sales Information, and to Strike Defendant's Deficient Eligibility Contentions is GRANTED.

IT IS FURTHER ORDERED that Defendant Tianma Microelectronics Co. Ltd. shall (1) produce the technical documents for all Accused Products required under P.R. 3-4, (2) provide Invalidity Contentions comporting with the requirements of P.R. 3-3, and (3) produce worldwide sales data for all Accused Products on or before April 23, 2021.

IT IS ALSO FURTHER ORDERED that defendant Tianma Microelectronics Co. Ltd.'s Eligibility Contentions are stricken from the record.