# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JAPAN DISPLAY INC. and PANASONIC LIQUID CRYSTAL DISPLAY CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TIANMA MICROELECTRONICS CO. LTD., <br><br> Defendant. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:20-cv-00283-JRG (Lead Case) <br> CIVIL ACTION NO. 2:20-cv-00284-JRG <br> CIVIL ACTION NO. 2:20-cv-00285-JRG (Consolidated) <br> JURY TRIAL DEMANDED |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL PLAINTIFFS TO PRODUCE RELEVANT INFORMATION IN PLAINTIFFS' SOLE POSSESSION

The Court, having considered Defendant Tianma Microelectronics Co. Ltd.'s Motion to Compel Plaintiffs to Produce Relevant Information in Plaintiffs' Sole Possession, Plaintiffs Japan Display Inc. and Panasonic Liquid Crystal Display Co., Ltd.'s response, and other briefing submitted by the parties, finds that Defendant's Motion should be and hereby is **GRANTED**.

**IT IS ORDERED** that Plaintiffs shall, by **June 18, 2021**, produce (i) information and documents relating to Plaintiffs' products made, offered for sale, or sold before the application dates of the asserted patents; and (ii) information and documents relating to Plaintiffs' reasonable royalty contentions.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE