# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| JAPAN DISPLAY, INC., et al | § § § § | **CIVIL ACTION NO. 2:20- cv -00283 -JRG (Lead Case)** |
| v. | § § § § | **CIVIL ACTION NO. 2:20-cv-00284-JRG (Member Case)** |
| TIANMA MICROELECTRONICS CO., LTD. | § § § § | **CIVIL ACTION NO. 2:20-cv-00285-JRG (Member Case)** |

### MOTION HEARING MINUTES
### HELD BEFORE DISTRICT JUDGE RODNEY GILSTRAP
June 21, 2021

**OPEN:   03:31 PM**                                                                             **ADJOURN:   04:25 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFFS: | See attached |
| ATTORNEYS FOR DEFENDANT: | See attached |
| LAW CLERK: | Will Nilsson |
| COURT REPORTER: | Susan Zielie, RMR, FCRR |
| COURTROOM DEPUTY: | Andrea Brunson |

| TIME | MINUTES |
|---|---|
| 03:31 PM | Court opened. Counsel for the parties appeared and announced ready for hearing. |
| 03:33 PM | The Court acknowledged the parties' meet and confer efforts. Progress and agreements of the parties were recited into the record. |
| 03:39 PM | Court heard argument re: Plaintiffs' Motion to Compel Invalidity Contentions and Accompanying Technical and Sales Information, and to Strike Defendant's Deficient Eligibility Contentions (Dkt. No. 49). Mr. Klein argued for the Plaintiffs. |
| 03:44 PM | Court heard responsive argument by Mr. Barney on behalf of the Defendant. |
| 03:54 PM | Court ruled as follows: (1) Tianma America to produce outstanding discovery items as requested; and (2) Tianma Japan ordered to produce a corporate representative to be deposed by Plaintiff re: these issues. The Court will revisit the discovery dispute following the deposition of the corporate representative. |
| 04:01 PM | Court heard argument re: Defendant's Motion to Compel Plaintiffs to Produce Relevant Information in Plaintiffs' Sole Possession (Dkt. No. 64). |
| 04:02 PM | Mr. Barney argued for the Defendant. |
| 04:08 PM | Mr. Klein provided responsive argument for the Plaintiffs. |

| 04:20 PM | Court ordered Plaintiffs to produce the requested documents to Defendant within ten (10) days. After the production of documents, the Court directs the parties to file a Joint Status Report within 21 days. |
|---|---|
| 04:25 PM | Court adjourned. |

Case 2:20-cv-00283-JRG   Document 76   Filed 06/21/21   Page 2 of 2 PageID #: 2075