# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JAPAN DISPLAY, INC., et al | § |
| | §  **CIVIL ACTION NO. 2:20-cv-00283 -JRG** |
| | §  **(Lead Case)** |
| | § |
| v. | §  **CIVIL ACTION NO. 2:20-cv-00284-JRG** |
| | §  **(Member Case)** |
| | § |
| | §  **CIVIL ACTION NO. 2:20-cv-00285-JRG** |
| TIANMA MICROELECTRONICS CO., LTD. | §  **(Member Case)** |
| | § |

## MOTION HEARING MINUTES
### HELD BEFORE U.S. DISTRICT JUDGE RODNEY GILSTRAP
### August 17, 2021

**OPEN:  01: 34 PM**                                                                          **ADJOURN:  03:57 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFFS: | See attached |
| ATTORNEYS FOR DEFENDANT: | See attached |
| LAW CLERK: | Will Nilsson<br>Cody Carter |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTES |
|---|---|
| 01:34 PM | Court opened.  Counsel for the parties appeared and announced ready for hearing. |
| 01:36 PM | Court heard argument re: Defendant's Motion to Transfer to the Central District of California (Dkt. No. 69).  Mr. Findlay argued for the Defendant. |
| 02:05 PM | Court heard responsive argument by Ms. Preston on behalf of the Plaintiffs. |
| 02:27 PM | Rebuttal argument by Mr. Findlay on behalf of the Defendant. |
| 02:33 PM | Court to hear: (1) Plaintiffs' Motion to Compel Invalidity Contentions and Accompanying Technical and Sales Information, and to Strike Defendant's Deficient Eligibility Contentions (Dkt. No. 49); and (2) Defendant's Motion to Compel Plaintiffs to Produce Relevant Information in Plaintiffs' Sole Possession (Dkt. No. 64). |
| 02:36 PM | Subject to the parties' meet and confer efforts, the Court requested an update re: the current state of discovery, document production and outstanding disputes since the June 21, 2021 hearing. |

| 03:07 PM | Court CARRIED its ruling for one week.  The parties are ordered to file a joint notice with the Court within one week updating the Court as to resolved and disputed issues. |
|---|---|
| 03:32 PM | Recess. |
| 03:53 PM | Court reconvened. |
| 03:54 PM | Re: Defendant's Motion for Protective Order (Dkt. No. 67).  Court DENIED Dkt. No. 67 without prejudice.  Following the completion of the deposition of the corporate representative, the Court will consider a new Motion for Protective Order should the parties file same. |
| 03:56 PM | Mr. Findlay alerted the Court that the parties would be filing a motion requesting a 60 to 90 day extension from its present trial setting. |
| 03:57 PM | Court adjourned. |