IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JAPAN DISPLAY INC., PANASONIC LIQUID CRYSTAL DISPLAY CO., LTD., <br><br> *Plaintiffs*, <br><br> v. <br><br> TIANMA MICROELECTRONICS CO. LTD., <br><br> *Defendant*. | § § § § § § § § § § § § § CIVIL ACTION NO.  2:20-CV-00283-JRG |

## ORDER

The Court issues this order *sua sponte*. The Court hereby sets Plaintiffs Japan Display Inc. and Panasonic Liquid Crystal Display Co., Ltd.'s Motion to Compel Production by Defendant of Information from Tianma Japan and Certain Customer Information (Dkt. No. 137) for hearing on **Tuesday, October 26, 2021 at 2:00 p.m. central time** in-person in Marshall, Texas. The Court **ORDERS** that lead and local counsel for the parties meet and confer in-person in an effort to resolve these disputes beginning at **9:00 a.m. central time** on **Tuesday, October 26, 2021** and continuing until the Court takes up these matters on their merits. Such in-person meet and confer efforts shall take place within the Sam B. Hall, Jr. Federal Building and United States Courthouse in Marshall, Texas. The Court may increase or decrease the meet and confer process as the Court believes to be beneficial to the parties, the Court, and the interests of justice.

So ORDERED and SIGNED this 28th day of September, 2021.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE