# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| JAPAN DISPLAY INC., PANASONIC LIQUID CRYSTAL DISPLAY CO., LTD., | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:20-CV-00283-JRG (LEAD CASE) |
| TIANMA MICROELECTRONICS CO. LTD., | § § § | CIVIL ACTION NO.  2:20-CV-00284-JRG (MEMBER CASE) |
| *Defendant*. | § § § | CIVIL ACTION NO.  2:20-CV-00285-JRG (MEMBER CASE) |

## ORDER

The Court issues this order *sua sponte*. The Court hereby sets a telephonic status conference in these cases for **Tuesday**, **December 14, 2021** at **3:30 pm**. The parties should be prepared to discuss the general status of all pending matters in these cases, including but not limited to the effect of the consolidation order previously issued on April 20, 2021 (Dkt. No. 57), and well as Dkt. Nos. 220 and 247.

The Court's telephone conference number is 877-336-1839. The Access Code is 8539284#. Participants should use a landline phone connection, unless use of a cellular connection is the only viable means available. Participants shall mute themselves upon joining the status conference and stay muted unless called upon to speak by the Court. Further, participants shall identify themselves each and every time they speak.

**So ORDERED and SIGNED this 10th day of December, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE