# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| JAPAN DISPLAY INC., PANASONIC LIQUID CRYSTAL DISPLAY CO., LTD., | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:20-CV-00283-JRG (LEAD CASE) |
| TIANMA MICROELECTRONICS CO. LTD., | § § § § | CIVIL ACTION NO. 2:20-CV-00284-JRG (MEMBER CASE) |
| *Defendant*. | § § § | CIVIL ACTION NO. 2:20-CV-00285-JRG (MEMBER CASE) |

## ORDER

Before the Court is the Stipulated Motion for Dismissal ("the Motion") filed by Plaintiffs Japan Display Inc. and Panasonic Liquid Crystal Display Co., Ltd. (together, "Plaintiffs") and Defendant Tianma Microelectronics Co. Ltd. ("Defendant"). (Dkt. No. 283). In the Motion, the parties request that the Court dismiss (1) all of Plaintiffs' claims in this action without prejudice and (2) all of Defendant's counterclaims in this action without prejudice, subject to the terms of a certain agreement entitled "**SETTLEMENT AGREEMENT**" and dated January 21, 2022.

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims asserted in the above-captioned cases by Plaintiffs are hereby **DISMISSED WITHOUT PREJUDICE**. Further, all counterclaims asserted in the above-captioned cases by Defendant are hereby **DISMISSED WITHOUT PREJUDICE**. Such dismissals are subject to the terms of the certain agreement entitled "**SETTLEMENT AGREEMENT**" and dated January 21, 2022. All attorneys' fees and costs are to be borne by the party that incurred them.

The Clerk of the Court is directed to **CLOSE** the above-captioned cases as no parties or claims remain.

**So ORDERED and SIGNED this 24th day of January, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE